IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PHILLIP WADE GRIMES, Personal Representative of the Estate of O.P.G., deceased<br><br>Plaintiff,<br><br>v.<br><br>YOUNG LIFE, INC., and ADVENTURE EXPERIENCES, INC.<br><br>Defendants. | Case No. 8:16-cv-27-SDM-EAJ |

## DEFENDANTS' AMENDED JOINT MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER

Defendant Young Life, Inc. and Defendant Adventure Experiences, Inc., by and through counsel and pursuant to Rule 12(b)(2), hereby move to dismiss all claims asserted against them by plaintiff Philip Wade Grimes, Personal Representative of the Estate of O.P.G., on the grounds that this Court lacks personal jurisdiction over defendants. In the alternative, Defendant Young Life, Inc. and Defendant Adventure Experiences, Inc., move to transfer this matter to the United States District Court for the District of South Carolina, Anderson Division pursuant to 28 U.S.C. 1406(a). In the further alternative, Defendant Young Life, Inc. and Defendant Adventure Experiences, Inc., move to transfer this matter to the United States District Court for the District of South Carolina, Anderson Division pursuant to 28 U.S.C. 1404(a).

In support of this motion, Defendant Young Life, Inc. and Defendant Adventure Experiences, Inc., rely upon their Memorandum in Support and the exhibits attached thereto.

1

Respectfully submitted this the 3rd day of February, 2016.

/s/ Cary A. Cash
Florida Bar Number: 15082
Brasfield, Freeman, Goldis & Cash, P.A.
2553 1st Avenue North
St. Petersburg, FL  33713
P: 727-327-2258
F: 727-328-1340
cary.cash@brasfieldlaw.net
*Counsel for Defendant Young Life, Inc.*

/s/ Art C. Young
Art C. Young
Florida Bar Number: 935379
Jennifer Hoge
Florida Bar Number: 0111782
Rissman, Barrett, Hurt,
Donahue & McLain, P.A.
201 East Pine Street
15th Floor
P.O. Box 4940
Orlando, FL 32802
Telephone: (407) 839-0120
Facsimile: (407) 841-9726
acy.service@rissman.com
jes.service@rissman.com
*Counsel for Defendant Adventure Experiences, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law admitted to practice in the United States District Court for the Middle District of Florida, Tampa Division, is attorney for Defendant Young Life, Inc., and is a person of such age and discretion as to be competent to serve process.

That on February 3, 2016, he electronically filed the foregoing **DEFENDANTS' AMENDED JOINT MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER** with the Clerk of Court for the United States District Court for the Middle District of Florida, Tampa Division, by using the CM/ECF system which served a copy on the following parties or their counsel of record:

Lee D. Gunn, IV, Esq.
Gunn Law Group, P.A.
400 North Ashley Drive, Suite 2050
Tampa, FL 33602
*Attorney for Plaintiff*

Art C. Young, Esq.
Jennifer Hoge, Esq.
Rissman, Barrett, Hurt,
Donahue & McLain, P.A.
201 East Pine Street
15th Floor
P.O. Box 4940
Orlando, FL 32802
*Attorneys for Adventure Experiences, Inc.*

/s/ Cary A. Cash
Cary A. Cash, Esq.
Florida Bar Number: 15082
Brasfield, Freeman, Goldis & Cash P.A.
2553 1st Avenue North
St. Petersburg, FL 33713
P: 727-327-2258
F: 727-328-1340
cary.cash@brasfieldlaw.net
*Counsel for Defendant Young Life, Inc.*