MEDIATION, TRLSET

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:16–cv–00027–SDM–UAM

Grimes v. Young Life, Inc. et al

Assigned to: Judge Steven D. Merryday

Referred to: Magistrate Judge Unassigned Magistrate

Case in other court:  Polk County, 2015CA–004221–0000–0

Cause: 28:1332 Diversity–Wrongful Death

Date Filed: 01/05/2016

Jury Demand: Plaintiff

Nature of Suit: 360 P.I.: Other

Jurisdiction: Diversity

## Plaintiff

**Phillip Wade Grimes**
*Personal Representative of the Estate of O. P.
G.*

represented by **Lee Delton Gunn , IV**
Gunn Law Group, PA
Suite 2050
400 N Ashley Dr
Tampa, FL 33602
813/228–7070
Fax: 813/228–9400
Email: lgunn@gunnlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan A. Lopez**
Gunn Law Group, PA
Suite 2050
400 N Ashley Dr
Tampa, FL 33602
813/228–7070
Fax: 813/228–9400
Email: rlopez@gunnlawgroup.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Young Life, Inc.**

represented by **Cary Alan Cash**
Brasfield, Freeman, Goldis &Cash, PA
2553 First Ave N
St Petersburg, FL 33713
727–502–8210
Fax: 727–328–1340
Email: cary.cash@brasfieldlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Adventure Experiences, Inc.**

represented by **Art C. Young**
Rissman, Barrett, Hurt, Donahue &McLain, PA
201 E Pine St – Ste 1500
PO Box 4940

Orlando, FL 32802−4940
407/839−0120
Fax: 407/841−9726
Email: acy.service@rissman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Erin Hoge**
Rissman, Barrett, Hurt, Donahue, McLain
&Mangan, PA
201 E Pine St − Ste 1500
PO Box 4940
Orlando, FL 32802−4940
407/839−0120
Fax: 407/841−9726
Email: jes.service@rissman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Peter J. Grilli**                              represented by    **Peter John Grilli**
Peter J. Grilli, PA
3001 W Azeele St
Tampa, FL 33609−3138
813/874−1002
Fax: 813/874−1131
Email: peter@grillimediation.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2016 | Ï 1 | NOTICE OF REMOVAL from the 10th Judicial Circuit, in and for Polk County, Florida, case number 2015CA−004221−0000−00 filed in State Court on 12/2/2015. Filing fee $ 400.00, receipt number TPA−034201 filed by Young Life, Inc. (Attachments: # 1 State Court Notice of Removal, # 2 Civil Cover Sheet)(AMD) (Entered: 01/06/2016) |
| 01/05/2016 | Ï 2 | COMPLAINT against Adventure Experiences, Inc., Young Life, Inc. with Jury Demand filed in State Court on 12/2/2015 by Phillip Wade Grimes.(AMD) (Entered: 01/06/2016) |
| 01/07/2016 | Ï 3 | NOTICE of designation under Local Rule 3.05 − Track 2 (LAM) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 4 | **ORDER re 3 notice of designation of track directing the parties to utilize the attached case management report and to file a notice of related actions by 1/21/2016. Signed by Judge Steven D. Merryday on 1/7/2016. (LAM) (Entered: 01/07/2016)** |
| 01/08/2016 | Ï 5 | MOTION for Extension of Time to File Answer to 1 Complaint by All Defendants. (Cash, Cary) Motions referred to Magistrate Judge Elizabeth A. Jenkins. Modified event &text on 1/8/2016 (AMD). (Entered: 01/08/2016) |

| 01/11/2016 | Ĩ 6 | **ENDORSED ORDER granting 5 Joint Motion for Agreed Extension of Time to Respond to Plaintiff's 2 Complaint. The deadline for Defendants to respond to Plaintiff's complaint is extended through and including February 2, 2016. Signed by Magistrate Judge Elizabeth A. Jenkins on 1/11/2016. (AL)** (Entered: 01/11/2016) |
|---|---|---|
| 01/19/2016 | Ĩ 7 | **ORDER directing Young Life, by 1/25/2016 to redact the notice of removal and the complaint and to comply with the other applicable rules. Signed by Judge Steven D. Merryday on 1/19/2016. (BK)** (Entered: 01/19/2016) |
| 01/19/2016 | Ĩ 8 | NOTICE by Adventure Experiences, Inc. *Notice of Related Actions* (Smith, Jennifer) (Entered: 01/19/2016) |
| 01/19/2016 | Ĩ 9 | NOTICE of pendency of related cases re 4 Order per Local Rule 1.04(d) by Phillip Wade Grimes. Related case(s): No (Gunn, Lee) (Entered: 01/19/2016) |
| 01/20/2016 | Ĩ 10 | CERTIFICATE of interested persons and corporate disclosure statement by Adventure Experiences, Inc.. (Smith, Jennifer) (Entered: 01/20/2016) |
| 01/25/2016 | Ĩ 11 | AMENDED document by Young Life, Inc.. Amendment to 1 Notice of Removal . (Attachments: # 1 Exhibit Exhibit A to Amended Notice of Removal, # 2 Exhibit Exhibit B to Amended Notice of Removal, # 3 Exhibit Exhibit C to Amended Notice of Removal)(Cash, Cary) (Entered: 01/25/2016) |
| 01/25/2016 | Ĩ 12 | AMENDED document by Young Life, Inc.. Amendment to 2 Complaint . (Cash, Cary) (Entered: 01/25/2016) |
| 02/02/2016 | Ĩ 13 | MOTION to dismiss for lack of jurisdiction *personal* by Adventure Experiences, Inc.. (Young, Art) (Entered: 02/02/2016) |
| 02/02/2016 | Ĩ 14 | ***TERMED – Counsel signature required for all parties filing the document*** Joint MOTION to Dismiss Plaintiff's Complaint *or In the Alternative, To Transfer* by All Defendants. (Cash, Cary) Modified on 2/3/2016 (AMD). (Entered: 02/02/2016) |
| 02/02/2016 | Ĩ 15 | ***TERMED – Counsel signature required for all parties filing the document*** MEMORANDUM in support re 14 Motion to dismiss *or In the Alternative, To Transfer* filed by Adventure Experiences, Inc., Young Life, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Cash, Cary) Modified on 2/3/2016 (AMD). (Entered: 02/02/2016) |
| 02/03/2016 | Ĩ 16 | Joint MOTION to Dismiss Plaintiff's Complaint by All Defendants. (Cash, Cary) (Entered: 02/03/2016) |
| 02/03/2016 | Ĩ 17 | MEMORANDUM in support re 16 Motion to dismiss filed by Adventure Experiences, Inc., Young Life, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Cash, Cary) (Entered: 02/03/2016) |
| 02/12/2016 | Ĩ 18 | Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION to dismiss for lack of jurisdiction *personal*, 16 Joint MOTION to Dismiss Plaintiff's Complaint by Phillip Wade Grimes. (Lopez, Ryan) Motions referred to Magistrate Judge Elizabeth A. Jenkins. (Entered: 02/12/2016) |
| 02/16/2016 | Ĩ 19 | **ENDORSED ORDER granting 18 Unopposed Motion for Extension of Time to File Responses re 13 Motion to Dismiss for Lack of Personal** |

| | | |
|---|---|---|
| | | Jurisdiction and <u>16</u> Amended Joint Motion to Dismiss, or in the Alternative, to Transfer. The deadline for Plaintiff to respond to the motions is extended through and including 3/1/2016. Signed by Magistrate Judge Elizabeth A. Jenkins on 2/16/2016. (AL) (Entered: 02/16/2016) |
| 02/26/2016 | Ï <u>20</u> | CASE MANAGEMENT REPORT. (Lopez, Ryan) (Entered: 02/26/2016) |
| 02/29/2016 | Ï <u>21</u> | **CASE MANAGEMENT AND SCHEDULING ORDER:** Dispositive motions due by 12/12/2016, Final Pretrial Conference set for <u>2/16/2017 at 10:00 AM</u> in Tampa Courtroom 11A before Magistrate Judge Elizabeth A. Jenkins, Jury Trial set for <u>March 2017 trial calendar</u> in Tampa Courtroom 15A before Judge Steven D. Merryday. Signed by Judge Steven D. Merryday on 2/29/2016. (LAM) (Entered: 02/29/2016) |
| 03/01/2016 | Ï <u>22</u> | MOTION to stay re <u>13</u> MOTION to dismiss for lack of jurisdiction *personal*, <u>16</u> Joint MOTION to Dismiss Plaintiff's Complaint *Motion to Abate Ruling on Motions to Dismiss and to Allow for Jurisdictional Discovery, or, in the alternative, to Grant Leave to Amend and Memo of Law* by Phillip Wade Grimes. (Lopez, Ryan) . Added MOTION for leave to file on 3/2/2016 (AMD). (Entered: 03/01/2016) |
| 03/07/2016 | Ï <u>23</u> | **ORDER appointing <u>Peter J. Grilli</u> as mediator; designating Ryan A. Lopez as lead counsel; setting <u>5/13/2016</u> as the mediation deadline; directing counsel to file a notice within twenty days giving the date and time of the mediation. The notice of mediation is due <u>3/27/2016</u>. Signed by Judge Steven D. Merryday on 3/7/2016. (LAM)** (Entered: 03/07/2016) |
| 03/11/2016 | Ï <u>24</u> | Unopposed MOTION for clarification re <u>21</u> Case management and scheduling order by Phillip Wade Grimes. (Lopez, Ryan) (Entered: 03/11/2016) |
| 03/18/2016 | Ï <u>25</u> | RESPONSE in Opposition re <u>22</u> MOTION to stay re <u>13</u> MOTION to dismiss for lack of jurisdiction *personal*, <u>16</u> Joint MOTION to Dismiss Plaintiff's Complaint *Motion to Abate Ruling on Motions to Dismiss and to Allow for Jurisdictional Discovery, or, i MOTION for leave to file filed by Young Life, Inc.. (Attachments: # <u>1</u> Exhibit)(Cash, Cary) (Entered: 03/18/2016)* |
| 03/18/2016 | Ï <u>26</u> | JOINDER in motion by Adventure Experiences, Inc. *Defendant, YOUNG LIFE, INC.'s, Opposition to Plaintiff's Motion to Abate Ruling on Motion to Dismiss and to Allow for Jurisdictional Discovery, or, in the Alternative, to Grant Leave to Amend.* (Young, Art) (Entered: 03/18/2016) |
| 03/21/2016 | Ï <u>27</u> | NOTICE by Adventure Experiences, Inc. re <u>13</u> MOTION to dismiss for lack of jurisdiction *personal* (Attachments: # <u>1</u> Affidavit of Chris Carter)(Smith, Jennifer) (Entered: 03/21/2016) |
| 03/28/2016 | Ï <u>28</u> | STATUS report *Regarding Mediation Scheduling Efforts* by Phillip Wade Grimes. (Lopez, Ryan) (Entered: 03/28/2016) |
| 04/19/2016 | Ï <u>29</u> | MOTION to Compel Defendants to provide Mediation dates in Compliance with Order of Referral to Mediation (Dkt. 23) by Phillip Wade Grimes. (Lopez, Ryan) Motions referred to Magistrate Judge Elizabeth A. Jenkins. (Entered: 04/19/2016) |
| 04/22/2016 | Ï <u>30</u> | **ORDER granting in part and denying in part <u>29</u> Motion to Compel Defendants to Provide Mediation Dates in Compliance with Order of Referral to Mediation. See order for details. Signed by Magistrate Judge** |

| | | |
|---|---|---|
| | | **Elizabeth A. Jenkins on 4/22/2016. (AL)** (Entered: 04/22/2016) |
| 05/02/2016 | Ï 31 | **ORDER denying 13 Adventure Experiences' motion to dismiss; granting in part 16 the defendants' motion to dismiss or to transfer; denying 22 plaintiff's motion "to abate ruling on [the] motion to dismiss"; transferring case to the Anderson Division of the District of South Carolina. Signed by Judge Steven D. Merryday on 5/2/2016. (LAM)** (Entered: 05/02/2016) |
| 05/02/2016 | Ï | Case reassigned to Magistrate Judge Unassigned Magistrate. New case number: 8:16–cv–27–T–23–UAM. Magistrate Judge Elizabeth A. Jenkins no longer assigned to the case. (DG) (Entered: 05/02/2016) |
| 05/02/2016 | Ï 32 | NOTICE of mediation conference/hearing to be held on June 8, 2016 at 9:00 a.m. before Honorable James R. Case. (Lopez, Ryan) (Entered: 05/02/2016) |