IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| PHILLIP WADE GRIMES, Personal Representative of the Estate of O.P.G., deceased<br><br>    Plaintiff,<br><br>v.<br><br>YOUNG LIFE, INC., INNER QUEST, INC., and ADVENTURE EXPERIENCES, INC.<br><br>    Defendants. | Case No. 8:16-cv-01410-HMH |

## YOUNG LIFE, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO INNER QUEST, INC.'S CROSSCLAIM

NOW COMES Defendant Young Life, Inc. ("Young Life"), by and through counsel, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves for summary judgment as to Defendant Inner Quest, Inc.'s ("Inner Quest") crossclaim for contractual indemnity and Inner Quest's alternative crossclaim seeking reimbursement of attorney's fees and costs incurred in the event it successfully defends the claims plaintiff has asserted against it. The basis and supporting materials for this motion are contained in the memorandum of law filed contemporaneously herewith.

1

          Respectfully submitted,


          <u>/s/ William H. Floyd, III</u>
          William H. Floyd, III (Fed. I.D. 1580)
          NEXSEN PRUET, LLC
          55 E. Camperdown Way, Suite 400
          P.O. Box 10648 (29603-0648)
          Greenville, SC 29601
          Ph: (800) 825-6757
          Fax: (803) 253-8277
          WFloyd@nexsenpruet.com

          -and-

          Jack M. Strauch
          NC Bar No. 22341
          *Admitted Pro Hac Vice*
          530 N. Trade Street, Suite 303
          Winston-Salem, NC 27101
          Ph: (336) 836-1061
          Fax: (336) 725-8867
          jstrauch@sgandm.com

          *Attorneys for Young Life, Inc.*

December 21, 2016
Greenville, South Carolina